IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KAZANCHEIEV VOLODYMYR,
ALIEN # A88-848-898,**

    Petitioner,

vs.                               Case Number 4:11cv239-WS/WCS

**ERIC HOLDER,
JANET NAPOLITANO,
MICHAEL ROZOS,
And DAVID HARVEY,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

    This case was initiated by the *pro se* Petitioner on May 27, 2011, doc. 1, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Service was directed on June 13, 2011, doc. 7, and since that time, two documents mailed to Petitioner have been returned to the Court as undeliverable, stamped by officials at Wakulla County Jail as "no longer here."  Docs. 10, 16.  On July 13, 2011, Respondents filed a motion to dismiss asserting that this case is moot because "Petitioner was removed from the United States to Russia on June 20, 2011."  Doc. 18.  As the Court can no longer

provide relief on this petition, and Petitioner has been released from custody, the case is moot and the motion should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 18, be **GRANTED**, and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Kazancheiev Volodymyr**, doc. 1, be **DISMISSED as moot** because Petitioner has been removed from the United States.

**IN CHAMBERS** at Tallahassee, Florida, on July 15, 2011.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**