IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAZANCHEIEV VOLODYMYR,

    Petitioner,

v.                                                                      4:11cv239-WS

ERIC HOLDER, et al.,

    Respondents.

_____

## ORDER DISMISSING PETITIONER'S
## PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed July 15, 2011. See Doc. 19. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot. The petitioner, who has been removed from the United States, has filed no objections to the report and recommendation.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The respondents' motion to dismiss (doc. 18) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED as moot.

2.  The clerk is directed to enter judgment, stating: "All claims are dismissed as moot."

DONE AND ORDERED this    8th    day of    August   , 2011.


                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE